



**RECEIVED**
JUN 20 2016

**FILED**
7/8/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Michael (A) Lee
Allen
Lee
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff Department
C/O Rocco / Sergeant - Rocco
C/O - Ruba
C/O - Moore
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case
16c 6412
Judge Gary Feinerman
Magistrate Judge Mary M. Rowland
PC 1

(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:          **AMENDED COMPLAINT**

✓ _____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**
  A. Name: Michael (A) Lee
  B. List all aliases: N/A
  C. Prisoner identification number: 2015 1021 208-60B707
  D. Place of present confinement: Cook County Jail
  E. Address: 2600 S. California / P.O. Box 089002 Chicago, IL 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  All Defendent's on 3-11 pm shift

  A. Defendant: Sergant - Rocco
     Title: Sergant / C/O
     Place of Employment: Cook-County / Department of Correction's

  B. Defendant: Officer - Rubia
     Title: C/O / Tier Officer
     Place of Employment: Cook County / Department of Corrections

  C. Defendant: Officer - Moore
     Title: C/O / Tier Officer
     Place of Employment: Cook County Department of Corrections

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On, May - 14th Sunday I was placed in a cell #3 on 1-A tier segregation. And officer Rocco / Rubia / Moore moved me into a cell that has, only hot water and sink. No, cold water to drink, And my toilet is not working it smell's and is been this way when I was moved into this cell. I Informed officer Rubia and Moore and they contacted there Sergant / which is Sergant- Rocco And they meaning officer Rubia officer Moore stated they have no were to move me And if I need something to drink I'll get a milk at dinner time.

4

I've wrote and ask Repeatdly To officer Rubin And sergent moore can my toilet get a warm order put on to get fix, And can I be placed else were Because of the stunning And faul smell. And I was denied again. of course I've ask other shifts And I was told an watever shift, I was put here by as whom can moved me. which is sergent Rocco And officer Rubin officer moore And I am still in the cell #3 on 1-A in D grs 9am-I.o. without cold water to drink or a working toilet to use And a foul smell in my cell. Please can I get help this is not sawitation.

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Can I get help because this is hard to smell and even eat in a cell, like this and having only hot water to drink, or a milk at dinner. And I would like to be compensated for my troubles and suffering. Cook County is responsible.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of __May__, 20__16__

_Michael Lee A_

(Signature of plaintiff or plaintiffs)

_Michael Allen Lee_
(Print name)

_2015 021 208 / 602-701_
(I.D. Number)

_2600 S. California 60608_
_Chicago, IL 60608 or_
_P.O. Box 089002 Cook County Jail_
(Address)

Attached Sheet (1) Front & Back Page

Michael, Allen Lee  
ID # 602-707  
ID # 2015/021208  
(2nd Statement Attach)

I've been with a broken nose. Sense, Feb. 27 I was jumped, and beating bad on 3-H in Div-a max division, by several inmates. I, also still have a crooked nose, never got medical attention. I have officer's that said, I shouldn't be in Div-9 or Division-10 with a class 4 felony and no background. I'm around murderer's and housed in a max division, I kept being told it will get fixed soon by classification, And I'm being beat an now have a disfigured right hand and nose that, I get no medical attention for. I write grievances and I know they get rid of them, I never get copy's, so I'm asking for this to be look into if possible. I'm in max housing and shouldn't be, And I have a disfigure nose and hand due to this situation.

I, Michael Lee ~~○~~ ~~○~~ 'Am being An cook county jail for a case And cook county ship's me to Pontiac, IL Livingston county jail sense I been in ~~pro~~ Potection custody so, I do wat have a case down here but am shipped here because I'm unsafe in cook county jail, Max Divisions I'm asking if my classification can be looked into cause I, should not be around max inmate's And I would like the county to be held Responsible for my disfigure hand and nose that is Crooked. And it's leaved that way. Cook County I only go back when I have court which is June, 27th And the following Saturday I get shipped to Livingston county jail Pontiac, IL 61764 is the proper Address. I wanna make sure if I get A response letter, I get it here And cook county. Sincerely, Michael Lee

Cook county has my DOB-08-08-93

DOB-08-07-93